HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM L. HRUBY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO. 2:25-cv-00420-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Plaintiff Kim L. Hruby ("Plaintiff")'s Motion for a Thirty-Day Continuance, which the Court construes as a Motion for Extension of Time.  Dkt. # 14.  Defendant United States of America ("the Government") filed a Response indicating its non-opposition to the Motion. Dkt. # 15.  For the reasons set forth below, the Court **GRANTS** Plaintiff's Motion.

In her Complaint, Plaintiff alleges that commencing in 2015 and continuing to the present, multiple agents acting under the authority of the Internal Revenue Service "willfully committed crimes and [attempted] to illegally appropriate [her] refund checks . . . ." Dkt. # 1 at 4–5.  Plaintiff proceeded to file a one-page Motion for Default Judgment

ORDER- 1

in which she demands $255,406,400.00 as monetary compensation. Dkt. # 6. The Government subsequently filed a Motion to Dismiss. Dkt. # 9.

Plaintiff, who is proceeding *pro se*, requests "additional time," presumably to file a Reply in support of her Motion for Default Judgment and Response to the Government's Motion to Dismiss. Although the instant Motion is unclear, it appears Plaintiff is requesting the Court for an extension due to her full-time work in the dental field and multiple disabilities incurred during her time serving in the United States Army. Dkt. # 14 at 1–2. The Government states that it "does not opposite a reasonable extension." Dkt. # 15 at 1–2. Plaintiff filed her Motion on May 7, 2025, and requested an additional thirty days. Dkt. # 14. Two months have thus passed since the filing of her Motion. The Court finds that granting Plaintiff an additional fourteen (14) days to file her responsive pleadings is appropriate.

Accordingly, Plaintiff's Motion for Extension of Time is **GRANTED**. Dkt. # 14. Plaintiff, if she so chooses, has fourteen (14) days from the date of this order to file a Reply in support of her Motion for Default Judgment and Response to the Government's Motion to Dismiss.

Dated this 8th day of July, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2